RECEIVED

APR 16 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

NANCY GUILLOT UTLEY,                    CIVIL ACTION NO.11-0931
      Appellant

VERSUS                                  JUDGE JAMES T. TRIMBLE, Jr.

MICHAEL J. ASTRUE,                      MAGISTRATE JUDGE JAMES D. KIRK
      Appellee

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the final decision of the Commissioner is VACATED and Utley's case is REMANDED to the Commissioner for further proceedings.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this _16th_ day of _April_, 2012.

_____
JAMES T. TRIMBLE, Jr.
U.S. District Judge